IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE FRANK GARY,

    Plaintiff,

v.                                CASE NO. 5:11-cv-295-MP-GRJ

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Plaintiff's amended complaint for judicial review of the final decision of the Commissioner.  (Doc. 8.)  The Plaintiff has named the proper Defendant in his amended complaint and otherwise amended his complaint pursuant to this Court's instructions.  (Doc. 5.)  Accordingly, pursuant to Fed. R. Civ. P. 4(c)(3), because the Court has granted Plaintiff's request for leave to proceed as a pauper, the Court will order the United States Marshal to serve the Commissioner of Social Security, the United States Attorney for this district and the Attorney General of the United States as required under Fed. R. Civ. P. 4(i).

Accordingly, it is **ORDERED**:

1.  The Clerk of Court is directed to send the prepared summons, four certified copies of this order, the service copies of the complaint, and the prepared USM 285 forms to the United States Marshal.  The United States Marshal shall serve a copy of the complaint and summons upon the named defendant and the United States Attorney and the Attorney General of the United States.

3. The Marshal shall serve the Commissioner of the Social Security

Administration, and the office of the United States Attorney for this District by sending copies of the summons and complaint **via certified mail** to the Attorney General of the United States, to the United States Attorney for the Northern District of Florida, and to the Commissioner of the Social Security Administration.

      4.  If after 25 days from the mailing of the summons and complaint, the defendant has not returned a written acknowledgment of service, the Marshal shall so notify the Plaintiff.  Plaintiff shall then send the Marshal an identical copy of the complaint for the Defendant who has not acknowledged service.  Upon receipt of these service copies, the Marshal shall **personally** serve that Defendant, and subsequently file with the clerk the return of service.

      **DONE AND ORDERED** this 27th day of September, 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge