IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE FRANK GARY,

    Plaintiff,

v.                                                            CASE NO. 5:11-cv-295-MP-GRJ

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion To Oppose The Defendant's Untimely Response To Order To Show Cause (Doc. 14) and Plaintiff's Motion For Default Judgment. (Doc. 15.)

Plaintiff's Motion to Oppose the Defendant's Untimely Response to Order to Show Cause is based upon the Court's September 27, 2011 Order (Doc. 10). While it is unclear the relief requested by Plaintiff, he complains that the Defendant has not yet filed a response to the Court's Order. The Defendant was not required to respond the Court's Order. Rather, the Defendant will be required to respond to the Complaint within sixty days of the date of service. The docket reflects that the Defendant was served on October 4, 2011 and thus the deadline for Defendant to file a response has not expired. Accordingly, Plaintiff's Motion To Oppose The Defendant's Untimely Response To Order To Show Cause (Doc. 14) is due to be denied.

Plaintiff also requests the Court to enter a default judgment against the Defendant in this case (Doc. 15) arguing again that the Defendant has failed to respond. As explained above, because Defendant has sixty days from the date of

service to file a response to the Complaint, the Defendant is not in default and therefore Plaintiff's Motion For Default Judgment (Doc. 15) is due to be denied.

Accordingly, upon due consideration, it is **ORDERED:**

(1)  Plaintiff's Motion To Oppose The Defendant's Untimely Response To Order To Show Cause (Doc. 14) is **DENIED**.

(2)  Plaintiff's Motion For Default Judgment (Doc. 15) is **DENIED.**

**DONE AND ORDERED** this 1st day of November, 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge