IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE FRANK GARY,

     Plaintiff,

vs.                                   5:11-cv-295-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.

_____/

## ORDER

     Pending before the Court is Defendant's Motion For Enlargement. (Doc. 17.)

Defendant requests a thirty day extension of time to file his answer to Plaintiff's

Complaint due to a backlog in preparing hearing transcripts.  Upon due consideration,

Defendant's Motion For Enlargement (Doc. 17) is **GRANTED**.  Defendant shall file his

response to the Complaint by **January 4, 2012**.

     **DONE AND ORDERED** this 30th  day of November 2011.


*s / Gary R. Jones*
GARY R. JONES
United States Magistrate Judge