IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIE FRANK GARY,

    Plaintiff,

v.                                                                     CASE NO. 5:11-cv-295-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## **ORDER**

        By Order of this Court dated January 5, 2012, the Defendant was ordered to file a Status Report advising the Court of the status of the administrative proceedings in this case every three months regarding the progress of the remand process. (Doc. 20.) As of this date, no such Status Report has been filed by the Defendant.

        Accordingly, it is hereby **ORDERED** that Defendant shall file a Status Report on or before **November 19, 2012** advising the Court of the status of the administrative proceedings in this matter.

        **DONE AND ORDERED** this 5th day of November 2012.

*(s) Gary R. Jones*
GARY R. JONES
United States Magistrate Judge